UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REDOS, | No. 2:08-cv-01036-MCE-KJM |
| Plaintiff, | |
| v. | **RELATED CASE ORDER** |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. _____/ | |
| JEFF NICKLES, | No. 2:08-cv-01155-MCE-KJM |
| Plaintiff, | |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. _____/ | |
| SHELBY GOMEZ, a minor, by and through her Guardian ad Litem, ARNOLD GOMEZ, | No. 2:09-cv-00225-FCD-EFB |
| Plaintiff, | |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. _____/ | |

1

1    The Court has received the Notice of Related Case filed on
2 February 3, 2009.
3    Examination of the above-entitled civil actions reveals that
4 these actions are related within the meaning of Local Rule 83-
5 123(a) (E.D. Cal. 1997).  The actions involve the same defendant
6 and are based on the same or similar claims, the same property
7 transaction or event, similar questions of fact and the same
8 questions of law, and would therefore entail a substantial
9 duplication of labor if heard by different judges.  Accordingly,
10 the assignment of the matters to the same judge is likely to
11 effect a substantial savings of judicial effort and is also
12 likely to be convenient for the parties.
13    The parties should be aware that relating the cases under
14 Local Rule 83-123 merely has the result that both actions are
15 assigned to the same judge; no consolidation of the action is
16 effected.  Under the regular practice of this Court, related
17 cases are generally assigned to the district judge and magistrate
18 judge to whom the first filed action was assigned.
19    IT IS THEREFORE ORDERED that the action denominated 2:09-cv-
20 00225-FCD-EFB, <u>Shelby Gomez, et al. v. Union Pacific Railroad
21 Company</u> is reassigned to Judge Morrison C. England, Jr. and
22 Kimberly J. Mueller for all further proceedings, and any dates
23 currently set in this reassigned case only is hereby VACATED.
24 The Clerk of the Court is to issue an Order Requiring Joint
25 Status Report.  Henceforth, the caption on documents filed in the
26 reassigned case shall be shown as 2:09-cv-00225-MCE-KJM.
27 ///
28 ///

1    IT IS FURTHER ORDERED that the Clerk of the Court make
2 appropriate adjustment in the assignment of civil cases to
3 compensate for this reassignment.
4    IT IS SO ORDERED.

Dated: February 17, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3