David L. Ditora (110252)
CLEMENT & ASSOCIATES
2209 J. Street
Sacramento, CA 95816
dvidditora@comcast.net
(916) 444-9323
(916) 444-9324 - fax
*Local Counsel for Plaintiff*

Dennis M. O'Bryan (P30545)
Kirk E. Karamanian (P52955)
O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
dob@obryanlaw.net
kkaramanian@obryanlaw.net
(248) 258-6262
(248) 258-6047 - fax
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REDOS, | No. 2:08-cv-01036-MCE-KJM |
| Plaintiff, | Related to: |
| v | No. 2:08-cv-01155-MCE-KJM<br>No. 2:09-cv-00225-MCE-KJM |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant.<br>_____/ | |

**AMENDED
REQUEST TO APPEAR TELEPHONICALLY
FOR PLAINTIFF'S MOTION
FOR LEAVE TO FILE SECOND AMENDED COMPLAINT (REDOS)
AND FIRST AMENDED COMPLAINT (NICKLES); ORDER**

1

NOW COMES Plaintiff's counsel undersigned requesting the above referenced relief for the following reasons:

(a) The geographical locations of the players in this litigation are diverse: Plaintiff counsel's offices are in Michigan, Plaintiff Nickles is in Wisconsin and Plaintiff Redos is in Pennsylvania.

(b) The factor behind the contemporaneously filed Motion is to limit cost and expense, a major part of which is travel.

(c) For that reason, it is respectfully requested that Plaintiff's counsel be allowed to telephonically participate in any oral argument that might be scheduled by the Court regarding the Motion albeit Plaintiff's counsel would not object to the court deciding the matter on the briefs.

WHEREFORE Plaintiff prays this Honorable Court allow Plaintiff's counsel to participate in the Motion for Leave . . . . telephonically.

DATED: March 6, 2009

Respectfully submitted,

O'BRYAN BAUN COHEN KUEBLER KARAMANIAN

/s/ Dennis M. O'Bryan

DENNIS M. O'BRYAN
Attorneys for Plaintiff
401 S. Old Woodward, Ste. 450
Birmingham, MI 48009
Telephone: (248) 258-6262
Facsimile: (248) 258-6047
dob@obryanlaw.net

## ORDER

IT IS HEREBY ORDERED THAT Plaintiff's counsel, Dennis M. O'Bryan, (248) 258-6262), be allowed to participate in the upcoming Motion for Leave to File Second Amended Complaint (Redos) and First Amended Complaint (Nickles) telephonically.

IT IS SO ORDERED.

Dated: March 10, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE