David L. Ditora (110252)
CLEMENT & ASSOCIATES
2209 J. Street
Sacramento, CA 95816
dvidditora@comcast.net
(916) 444-9323
(916) 444-9324 - fax
*Local Counsel for Plaintiff*

Dennis M. O'Bryan (P30545)
Kirk E. Karamanian (P52955)
O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
dob@obryanlaw.net
kkaramanian@obryanlaw.net
(248) 258-6262
(248) 258-6047 - fax
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REDOS, | |
|     Plaintiff, | |
|     v | Case No. 2:08-cv-01036-MCE-KJM |
| UNION PACIFIC RAILROAD COMPANY, | |
|     Defendant. | |
| _____/ | RELATED CASE |
| JEFF NICKLES, | |
|     Plaintiff, | |
|     v | Case No: 2:08-cv-01155-MCE-KJM |
| UNION PACIFIC RAILROAD COMPANY, | |
|     Defendant. | |
| _____/ | |

# ORDER

IT IS HEREBY ORDERED THAT Plaintiff's counsel, Dennis M. O'Bryan, (248) 258-6262), be allowed to participate in the upcoming Motion to Consolidate telephonically.

IT IS SO ORDERED.

Dated: March 26, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE