UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF NICKLES, | No. 2:08-cv-01155-MCE-KJM |
| Plaintiff, | |
| v | ORDER |
| UNION PACIFIC RAILROAD COMPANY, | |
| Defendant. | |

IT IS HEREBY ORDERED THAT Plaintiff's counsel, Dennis M. O'Bryan, (248) 258-6262), be allowed to participate in the upcoming Motion for Leave to File First Amended Complaint telephonically.

IT IS SO ORDERED.

Dated: April 10, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

1