UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JEFF NICKLES,   No. 2:08-cv-01155-MCE-KJM

    Plaintiff,

  v.   ORDER

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

Presently before the Court is Plaintiff's Motion for Leave to File First Amended Complaint to which Defendant responded by filing a Statement of Non-Opposition.[1] Accordingly, Mr. Nickles' Motion (Docket No. 25) is GRANTED. Plaintiff may (but is not required to) file a First Amended Complaint, not later than ten (10) days after the date this Order is filed electronically. If no renewed motion is filed within said ten (10)-day period, this case will be dismissed without leave to amend.

---

[1] Because oral argument will not be of material assistance, the Court ordered this matter submitted on the briefing. E.D. Cal. Local Rule 78-230(h).

1

Additionally, Defendants are directed to answer or otherwise respond to said First Amended Complaint within twenty (20) days after the date that Complaint is filed electronically.

IT IS SO ORDERED.

Dated: April 14, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE