David L. Ditora (110252)
CLEMENT & ASSOCIATES
2209 J. Street
Sacramento, CA 95816
(916) 444-9323
(916) 444-9324 - fax

Dennis M. O'Bryan (P30545)
Kirk E. Karamanian (P52955)
O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262
(248) 258-6047 - fax
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JEFF NICKLES,                                                  No: 2:08-cv-01155-MCE-KJM

      Plaintiff,

v                                                              **ORDER**

UNION PACIFIC RAILROAD COMPANY,

      Defendant.
_____/

    IT IS HEREBY ORDERED THAT Plaintiff's counsel, Dennis M. O'Bryan, (248) 258-6262, be allowed to participate in the upcoming Motion For Summary Judgment Re: Borrowed Servant telephonically.

    IT IS SO ORDERED.

Dated:  June 29, 2009

                                    MORRISON C. ENGLAND, JR.
                                    UNITED STATES DISTRICT JUDGE

1