1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT OF CALIFORNIA

9

10   JOHN F. REDOS, JR.,              No. 2:08-cv-01036-MCE-KJM
                                      Related to:
11        Plaintiff,                  No. 2:08-cv-01155-MCE-KJM

12        v.                          **ORDER**

13   UNION PACIFIC RAILROAD
     COMPANY,
14
          Defendants.
15

16
                          ----oo0oo----
17

18        Presently before the Court is Plaintiffs' Motion to Amend

19   the Scheduling Order the cases of Redos v. Union Pacific Railroad

20   Company, 2:08-cv-01036-MCE-JKM, and Nickles v. Union Pacific

21   Railroad Company, 2:08-cv-01155-MCE-KJM.  The Court previously

22   ordered these cases consolidated for discovery purposes only with

23   Gomez v. Union Pacific Railroad Company, 2:09-cv-00225-MCE-KJM.

24   Plaintiffs Redos and Nickles now contend that the discovery

25   deadlines set in the Court's Pretrial Scheduling Order ("PTSO")

26   should be extended so that they are in keeping with those set in

27   the Gomez case.  This Court agrees.

28   ///

1

1    Generally, the Court is required to enter a pretrial
2  scheduling order within 120 days of the filing of the complaint.
3  Fed. R. Civ. P. 16(b).  The scheduling order "controls the
4  subsequent course of the action" unless modified by the Court.
5  Fed. R. Civ. P. 16(d).  Orders entered before the final pretrial
6  conference may be modified upon a showing of "good cause," Fed.
7  R. Civ. P. 16(b), but orders "following a final pretrial
8  conference shall be modified only to prevent manifest injustice."
9  Fed. R. Civ. P. 16(e); see also Johnson v. Mammoth Recreations,
10  975 F.2d 604, 608 (9th Cir. 1992).

11    Rule 16(b)'s "good cause" standard primarily considers the
12  diligence of the party seeking the amendment.  Id. at 609.  "The
13  district court may modify the pretrial schedule 'if it cannot
14  reasonably be met despite the diligence of the party seeking the
15  extension.'"  Id., quoting Fed. R. Civ. P. 16 advisory
16  committee's notes (1983 amendment).  "Moreover, carelessness is
17  not compatible with a finding of diligence and offers no reason
18  for a grant of relief."  Id.  "Although the existence or degree
19  of prejudice to the party opposing the modification might supply
20  additional reasons to deny a motion, the focus of the inquiry is
21  upon the moving party's reasons for seeking modification.  If
22  that party was not diligent, the inquiry should end."  Id.
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1    Good cause having been shown, Plaintiffs' Motion to Amend

2   the PTSO (Docket NO. 21) is GRANTED.  Since the modification of

3   the discovery dates in this case necessarily requires

4   modification of all scheduling dates, the Court will issue an

5   Amended Pretrial Scheduling Order in <u>Redos</u> and <u>Nickles</u> within ten

6   (10) days of the date this Order is electronically filed.  The

7   hearing currently scheduled for 2:00 p.m. on **July 16, 2009,** is

8   hereby vacated.

9    IT IS SO ORDERED.

10  Dated: July 2, 2009

11

12

13  _____
    MORRISON C. ENGLAND, JR.
14  UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28