David L. Ditora (110252)
CLEMENT & ASSOCIATES
2209 J. Street
Sacramento, CA 95816
dviditora@comcast.net
(916) 444-9323
*Local Counsel for Plaintiff*

Dennis M. O'Bryan (P30545)
Kirk E. Karamanian (P52955)
O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
dob@obryanlaw.net
kkaramanian@obryanlaw.net
(248) 258-6262
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JEFF NICKLES,                                    Case No: 2:08-cv-01155-MCE-KJM

        Plaintiff,

    v                                                   <u>ORDER</u>

UNION PACIFIC RAILROAD COMPANY,

        Defendant.
_____/

      IT IS HEREBY ORDERED THAT Plaintiff's counsel, Dennis M. O'Bryan, (248)

258-6262, be allowed to participate in the upcoming Motion For The Court To Take

Judicial Notice Of The Consumer Price Index telephonically.

      IT IS SO ORDERED.

 Dated:  August 4, 2009

                            _____
                            MORRISON C. ENGLAND, JR.
                            UNITED STATES DISTRICT JUDGE