David L. Ditora (110252)
CLEMENT & ASSOCIATES
2209 J. Street
Sacramento, CA 95816
dvidditora@comcast.net
(916) 444-9323
(916) 444-9324 - fax

Dennis M. O'Bryan (P30545)
Kirk E. Karamanian (P52955)
O'BRYAN BAUN COHEN KUEBLER KARAMANIAN
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
dob@obryanlaw.net
kkaramanian@obryanlaw.net
(248) 258-6262
(248) 258-6047 - fax
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JEFF NICKLES,                                    No: 2:08-cv-01155-MCE-KJM

        Plaintiff,

    v                                        ORDER RE: TELEPHONIC
                                                 APPEARANCE

UNION PACIFIC RAILROAD
COMPANY,

        Defendant.
_____/


////

////


1

PDF created with pdfFactory trial version www.pdffactory.com

In accordance with his request, Plaintiff's counsel, Dennis M. O'Bryan, (248) 258-6262, will be allowed to participate telephonically in the upcoming Motion For Leave to File Second Amended Complaint of Jeff Nickles, scheduled for hearing on April 29, 2010 at 2:00 p.m.

IT IS SO ORDERED.

DATED: March 25, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2

PDF created with pdfFactory trial version www.pdffactory.com