UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEFF NICKLES,                          No. 2:08-cv-01155-MCE-KJM

      Plaintiff,

  v.                                   **ORDER**

UNION PACIFIC RAILROAD COMPANY,

      Defendant.

----oo0oo----

This action, brought on behalf of Plaintiff Jeff Nickles, seeks damages for injuries sustained by Mr. Nickles as a result of a railroad accident that occurred on November 9, 2006. Presently before the Court is a Motion for Leave to File Second Amended Complaint.  That Motion is made in the wake of Mr. Nickles' death on January 13, 2010 and seeks to amend the pleadings to reflect the fact that this lawsuit is now being pursued by Jeff Nickles II as Administrator of Mr. Nickles' Estate.

///

1  On April 8, 2010, Defendant Union Pacific Railroad Company
2 filed a Statement of Non-Opposition to Plaintiff's Motion.
3 Given that non-opposition, and good cause appearing therefor,
4 Plaintiffs' Motion for Leave to File Second Amended Complaint is
5 GRANTED.[1]  Plaintiffs are directed to file and serve their
6 proposed Second Amended Complaint not more than thirty (30) days
7 after this Order is electronically filed.
8  IT IS SO ORDERED.

Dated: April 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument would not be of material assistance, this matter was deemed suitable for decision without oral argument.  E.D. Local Rule 230(g).

2