UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 14, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## JUDGMENT IN A CIVIL CASE

JEFF NICKLES II

              v.           CASE NUMBER: CIV S-08-01155 MCE KJM

UNION PACIFIC RAILROAD COMPANY

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE OF ACCEPTANCE OF OFFER IN THE AMOUNT OF $25,000, EXCLUSIVE OF COSTS AND ATTORNEYS' FEES.**

          Victoria C. Minor,
          Clerk of the Court

ENTERED:   June 14, 2010

          by:_/s/NDDuong_____
          NDDuong, Deputy Clerk