UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 16, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

## AMENDED JUDGMENT IN A CIVIL CASE

JEFF NICKLES, II

          v.          CASE NUMBER: CIV S-08-CV-01155 MCE KJM

UNION PACIFIC RAILROAD COMPANY

**XX** -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE NOTICE OF ACCEPTANCE OF OFFER IN THE AMOUNT OF $25,000.01, EXCLUSIVE OF COSTS AND ATTORNEYS' FEES, THAT SUM INCLUDING $5,000.00 PREVIOUSLY PAID JEFF NICKLES ON BEHALF OF UNION PACIFIC.**

                                      Victoria C. Minor,
                                      Clerk of the Court

ENTERED:   June 16, 2010

                                      by:_/s/NDDuong_____
                                      NDDuong, Deputy Clerk